AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### SAN ANTONIO DIVISION

**FILED**
NOV 3 0 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

**RECEIVED USMS W/TX**
JAN 2 6 2018
SAN ANTONIO

UNITED STATES OF AMERICA

v.

JESSE RODRIGUEZ
Aliases: Chuy; Jessie Rodriguez; Jesus Rodriguez

Defendant.

Case Number  SA-08-CR-47(23)-OLG
USM Number   67097-180

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

**FILED**
MAR 1 3 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

**RETURN**

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on  1-11-18  to  USP McCreery
at  Pine Knot KY  , with a certified copy of this Judgment.

_____
United States Marshal

By  C. Grover Warden
Deputy Marshal